■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX BOGAN, Appellant

Upon exercising our factual review power, we are satisfied that the jury's determination that the complainant suffered physical injury was not against the weight of the evidence *(see,* CPL 470.15 [5]). Kunzeman, J. P., Weinstein, Kooper and Sullivan, JJ., concur.